1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                           AT FRESNO

10 DAVID HAMILTON            )
                             )   Civil Action No. 1:06cv1731 LJO NEW (DLB)
11                           )
           Plaintiff,        )   STIPULATION AND ORDER
12                           )
   vs.                       )
13                           )
   JO ANNE B. BARNHART,      )
14 Commissioner of Social    )
   Security,                 )
15                           )
           Defendant.        )
16 _____    )

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted 30 day extension of time, until August 24, 2007, in which to serve

20 Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed,

21 November 29, 2006, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated:  July 23, 2007 | /s/ Charles D. Oren |
| 2 | | CHARLES D. OREN,<br>Attorney for Plaintiff. |
| 3 | Dated: July 23, 2007 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Leo R. Montenegro<br>(as authorized via facsimile) |
| 7 | | LEO R. MONTENEGRO<br>Special Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   July 24, 2007**            **/s/ Dennis L. Beck**
                               UNITED STATES MAGISTRATE JUDGE