1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| David Hamilton, | ) | 1:06-CV-1731 OWW GSA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on November 29, 2006, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated:  November 27, 2007        /s/ Charles D. Oren

                                 CHARLES D. OREN, ESQ.
                                 Attorney for Plaintiff

Dated:  November 27, 2007

                                 MCGREGOR SCOTT
                                 United States Attorney

                                 By: /s/ Leo Montenegro
                                 (as authorized via facsimile)
                                 LEO MONTENEGRO
                                 Assistant U.S. Attorney

1
2  IT IS SO ORDERED.
3  **Dated:   November 28, 2007**                    **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE
4
5
...
28